UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL PELKEY,<br><br>    Petitioner,<br><br>    v.<br><br>CALIFORNIA LAKE COUNTY SUPERIOR COURT,<br><br>    Respondent. | No. 2:21-cv-1087-EFB P<br><br>ORDER |

    Petitioner is a civil detainee without counsel seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner is confined to the Napa State Hospital and challenges a conviction entered against him in Lake County. Both Napa County and Lake County lie in the United States District Court for the Northern District of California.

    The general rule with regard to habeas applications is that both the United States District Court in the district where petitioner was convicted and the District Court where petitioner is confined have jurisdiction over the claims. *See Braden v. 30th Judicial Circuit Court*, 410 U.S. 484 (1973). In the instant case, both petitioner's conviction and his place of confinement fall within the area covered by the Northern District. 28 U.S.C. § 84(a).

/////

/////

Accordingly, in the furtherance of justice, IT IS ORDERED that this matter is transferred to the United States District Court for the Northern District of California. 28 U.S.C. §§ 1406(a), 2241(d).

DATED: June 28, 2021.

*[signature]*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE